IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| TERRANCE SAUNDERS, #18923076 | § | |
| VS. | § | CIVIL ACTION NO. 5:06cv40 |
| WARDEN, F.C.I. TEXARKANA | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Caroline M. Craven. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner filed objections to the Report. This Court made a *de novo* review of Petitioner's objections and determined that they lack merit. Petitioner contends that he has paid the $5.00 filing fee; however, the Court has no record of the payment and Petitioner has produced no documentation of the payment.

The Court finds that the Magistrate Judge's findings and conclusions are correct and the Court adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS, ADJUDGES,** and **DECREES** that this action is **DISMISSED WITHOUT PREJUDICE**; and


**ORDERS** that all motions not previously ruled on are denied.

**SIGNED this 15th day of May, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE